IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

DAVID SUMLER,

       Petitioner,

v.

FLORIDA DEPARTMENT OF
CORRECTIONS,

       Respondent.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D14-1122

Opinion filed January 21, 2015.

Petition for Writ of Certiorari – Original Jurisdiction.

David Sumler, pro se, Petitioner.

Beverly Brewster, Assistant General Counsel, Tallahassee, for Respondent.

PER CURIAM.

       DENIED.

LEWIS, C.J., WOLF and ROBERTS, JJ., CONCUR.